UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KRISTEN DREYER,

              Plaintiff,

      v.

COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION,

              Defendant.

No. CV05-418-HU

ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND
RECOMMENDATION

**MOSMAN, J.,**

      On May 23, 2006, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (docket #24) in the above-captioned case recommending that the Commissioner's decision be reversed and remanded for additional proceedings. No objections were filed by either party.

      In conducting my review of the F&R, I apply the following standard. The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985);

PAGE 1 - ORDER

*United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, the court is free to accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

     After reviewing the F&R and relevant materials, the F&R is ADOPTED without modification.

IT IS SO ORDERED.


DATED this  14th  day of June, 2006.


                          /s/ Michael W. Mosman
                          MICHAEL W. MOSMAN
                          United States District Court