WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED '06 OCT 16 15:57 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KRISTEN DREYER,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 05-418-HU

ORDER

    Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $250.00 are awarded pursuant to 28 U.S.C. § 1920.

    DATED this 16 day of October, 2006.

                                             Michael W. Mosman
                                             United States District Judge

Submitted on September 18, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1